RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE ___11/1/10___
BY_____

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**MICHAEL JENKINS**                                    **CIVIL ACTION NO. 3:10-cv–0723**
    **LA. DOC #371085**
**VERSUS**                                                     **SECTION P**

                                                **JUDGE ROBERT G. JAMES**
**WARDEN, OUACHITA CORRECTIONAL**
**CENTER**                                                     **MAG. JUDGE KAREN L. HAYES**

### JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, to the extent adopted, and for those reasons set forth in this Court's Ruling, after having considered the entire record in this matter, including Petitioner/Plaintiff's objections,

IT IS ORDERED, ADJUDGED, AND DECREED that the Complaint, insofar as it seeks monetary damages pursuant to 42 U.S.C. §1983 be DISMISSED WITH PREJUDICE under *Heck v. Humphry* until such time that Plaintiff can demonstrate that his sentence computation has been invalidated;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Complaint, insofar as it seeks *habeas corpus* relief pursuant to 28 U.S.C. §2254 be DISMISSED WITHOUT PREJUDICE because Petitioner failed to exhaust available state court remedies prior to filing his federal suit.

**MONROE, LOUISIANA,** this ___31___ day of ___October___, 2010.

                                     ROBERT G. JAMES
                        UNITED STATES DISTRICT JUDGE